# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:15-mj-00037-SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| Randi J. Zeller, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 C.F.R. Sec 4.23(a)(2)

**Sentence Date:** July 16, 2015

**Review Hearing Date:** May 5, 2016

**Probation Expires On:** July 15, 2016

### *CONDITIONS OF UNSUPERVISED PROBATION:*

X        **Obey all federal, state and local laws**; and

**X**        **Monetary Fines & Penalties in Total Amount of:** $1,260.00 which Total Amount is made up of a Fine: $ 1,250.00 Special Assessment: $ 10.00      Processing Fee: $ n/a Restitution: $ 0.00

☐        Payment schedule of $          per month by the          of each month.

☐        **Community Service hours Imposed of:**

X        **Other Conditions:** Complete the first offender DUI Program administered by the State of Arizona

### *COMPLIANCE:*

X        Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐        Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐        To date, Defendant has paid a total of $
         ☐ If not paid in full when was last time payment:        Date: Click here to enter a date.
                                                                    Amount:

☐        To date, Defendant has performed Click here to enter text. hours of community service.

☐        Compliance with Other Conditions of Probation:

**GOVERNMENT POSITION:**

X        The Government agrees to the above-described compliance.

☐        The Government disagrees with the following area(s) of compliance:

Government Attorney:  Katherine Plante

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

X        that the review hearing set for 5/5/2015 at 10:00 am Choose an item.

        ☐        be continued to Click here to enter a date. at 10:00 a.m.; or

        X        be vacated.

X        that Defendant's appearance for the review hearing be waived.

DATED:  4/20/2016                                                       ___David Jone_____
                                                                                         DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒        GRANTED.  The Court orders that the Review Hearing be vacated.

☐        DENIED.

IT IS SO ORDERED.

Dated:   **May 2, 2016**                                         _____
                                                                                  UNITED STATES MAGISTRATE JUDGE